**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:05CR406** |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **GILBERT A. HERNANDEZ and LUISANA MIRANDA,** | ) ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the court on the motions of defendant Luisana Miranda (Miranda) to file a motion out of time (Filing No. 33) and to continue a hearing (Filing No. 32). The motions are granted and Miranda shall file her motion to suppress and supporting brief forthwith. The evidentiary hearing scheduled for March 9, 2006, is continued and all pending motions by all defendants shall be heard during an evidentiary hearing before the undersigned magistrate judge in Courtroom No. 7, Second Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **on April 6, 2006, at 9:00 a.m.** The defendants must be present for the hearing.

**IT IS SO ORDERED.**

DATED this 8th day of March, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge